# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ANANI AGBODAN, § § *Petitioner*, § § v. § § MARY DE ANDA-YBARRA, IN HER § OFFICIAL CAPACITY AS FIELD § OFFICE DIRECTOR OF § ENFORCEMENT AND REMOVAL § OPERATIONS, EL PASO FIELD § OFFICE, IMMIGRATION AND § CUSTOMS ENFORCEMENT; § WARDEN OF ERO EL PASO CAMP § EAST MONTANA; TODD M. LYONS, § IN HIS OFFICIAL CAPACITY AS § ACTING DIRECTOR, § IMMIGRATION AND CUSTOMS § ENFORCEMENT, U.S. DEPARTMENT § OF HOMELAND SECURITY; KRISTI § NOEM, IN HER OFFICIAL § CAPACITY AS SECRETARY, U.S. § DEPARTMENT OF HOMELAND § SECURITY; DEPARTMENT OF § HOMELAND SECURITY, DAREN K. § MARGOLIN, IN HIS OFFICIAL § CAPACITY AS DIRECTOR, § EXECUTIVE OFFICE FOR § IMMIGRATION REVIEW; § EXECUTIVE OFFICE FOR § IMMIGRATION REVIEW, PAMELA § JO BONDI, IN HER OFFICIAL § CAPACITY AS ATTORNEY § GENERAL OF THE UNITED STATES, § § *Respondents*. § | No. 3:26-CV-00419-LS |

**ORDER DISMISSING CASE**

Upon consideration of Petitioner's Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.